UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Joseph Aaron Caldarera, *Plaintiff,* | § § § | |
| v. | § § | Civil Action No.: 4:26-cv-04110 |
| CONSTITUTIONAL SHERIFF'S PEACE OFFICER'S ASSOCIATION, INC.; MONTGOMERY COUNTY; WESLEY DOOLITTLE, Sheriff MCSO in his official capacity; RICHARD MACK, Chairman CSPOA; RAND HENDERSON, former Sheriff in his individual capacity; LESLESLY WILLIAMS, arresting officer in his official and individual capacities; NATHANIEL INMON, arresting officer in his official and individual capacity *Defendants.* | § § § § § § § § § § § § | |

WILLIAMS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM FOR WHICH RELIEF CAN BE GRANTED

TO THE HONORABLE NICHOLAS J. GANJEI:

**NATURE AND STAGE OF THE PROCEEDINGS**

Caldarera filed this suit on May 22, 2026. *Doc. 1.* This is Williams' Motion to Dismiss for failure to state a claim upon which relief can be granted and it is filed in *lieu* of an answer.

**WILLIAMS ADOPTS INMON'S MOTION TO DISMISS**

The allegations against Deputy Williams and Deputy Inmon are substantially the same.

*<u>Differences in the allegations against Williams and Inmon:</u>*

Caldarera alleges that Williams documented Caldarera's "busted lip and a cut between the eyes" in Williams' report but does make that allegation against Inmon. *Doc. 6 at pg. 14 ¶ 42*. Williams believes this difference does not warrant additional briefing because it is adequately addressed by Inom's brief at *doc. 10, pg. 14*.

Caldarera alleges that Williams' report indicated that Caldarera's brother "'hates gate people' and is 'homophobic,'" for the purpose of identifying Caldarera as gay. *Doc. 6 at pg. 15 ¶ 44*. Caldarera alleges that Williams arrested him "at least in part" because Caldarera chastised his brother for having not had sex in 20 years. *Doc. 6 at pg. 28 ¶¶ 92-93*. Williams believes these difference does not warrant additional briefing because they are adequately addressed by Inom's brief at *doc. 10, Issue 3 and Issue 4*.

Therefore, Williams adopts Inmon's Motion to Dismiss *(doc. 10)* and incorporates it by reference into this motion.

## CONCLUSION

Because Caldarera's allegations, even if true, do not state a valid constitutional or state-law claim, this case should be dismissed in its entirety.

## PRAYER

Williams prays this Court dismiss this case for failure to state a claim upon which relief can be granted. Defendant prays for all other relief to which he may be entitled.

Respectfully submitted,

BY:<u>__s/ Daniel Plake_______</u>
Daniel Plake

Assistant County Attorney
Texas Bar No. 24062942
Federal ID No. 918023
Daniel.plake@mctx.org
501 N. Thompson St. Suite 100
Conroe, TX 77301
Phone: (936) 539-7828
Facsimile: (936) 538-8079
ATTORNEY FOR DEFENDANTS INMON, WILLIAMS, AND HENDERSON IN THEIR INDIVIDUAL CAPACITIES, MONTGOMERY COUNTY, AND SHERIFF DOOLITTLE IN HIS OFFICIAL CAPACITY.

## CERTIFICATE OF CONFERENCE

I sent Mr. Caldarera an email on 10/29/26 seeking conference. Mr. Caldarera responded that he disagrees with the basis of the motion and is opposed to the relief sought.

s/ Daniel Plake______________

## CERTIFICATE OF COMPLIANCE

Per the Court's Procedure 16c, this document complies with the Court's 5,000 word limit because it contains 280 words excluding caption, table of contents, table of authorities, signature block, and certificates.

s/ Daniel Plake______________

## CERTIFICATE REGARDING USE OF ARTIFICIAL INTELLIGENCE

Artificial Intelligence was:
Used x Not Used for Researching (other than AI imbedded in Westlaw searches)
Used x Not Used for Outlining
Used x Not Used for Drafting
Used x Not Used for Editing
X Used Not Used for other (comparing the allegations against Inmon and Williams)

I have verified all factual and legal assertions made in the brief—including case citations—comply with Rule 11 of the Federal Rules of Civil Procedure. Verification of

factual assertions does not include acceptance of factual assertions as true that are accepted as true for the purposes of a motion that relies on factual assertions of other parties or attorneys.

s/ Daniel Plake_____________

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2026 a true and correct copy of the foregoing instrument was forwarded via electronic delivery pursuant to the local rules or United States Mail pursuant to Federal Rule of Civil Procedure to the following:

Joseph Aaron Caldarera
10680 Westbrae Pkwy P 301
Houston, TX
Lt.caldarera@gmail.com
*Pro se plaintiff*

s/ Daniel Plake_____________